**Order entered August 28, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00447-CV

## IN THE MATTER OF B.N., A JUVENILE

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-18-01337-W**

## ORDER

Before the Court is appellant's August 25, 2020 motion to extend time to file his brief. Appellant notes the extension is necessary because a supplemental reporter's record he requested on July 30, 2020 has not been filed.

The deadline for filing an appellant's brief is not triggered until the complete appellate record is filed. *See* TEX. R. APP. P. 35.1. Accordingly, we **GRANT** the motion to the extent we **RESET** the deadline for filing appellant's brief and **ORDER** Martha Grant, Official Court Reporter for the 304th Judicial District Court, to file the requested supplemental record **no later than September 8, 2020**.

We further **ORDER** appellant's brief be filed within thirty days of the filing of the supplemental reporter's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Grant and the parties.

/s/     KEN MOLBERG
        JUSTICE